FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2025

SEAN F. McAVOY, CLERK

Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Nowles Heinrich
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:24-CR-00147-RLP |
| Plaintiff, | SUPERSEDING INDICTMENT |
| v. | Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(8) |
| VICTOR JOHN STEVENSON, | Felon in Possession of a Firearm and Ammunition (Count 1) |
| Defendant. | 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine (Count 2) |
| | 18 U.S.C. § 924(c)(1)(A)(i) Possession of a Firearm in Furtherance of Drug Trafficking (Count 3) |

SUPERSEDING INDICTMENT – 1

18 U.S.C. §§ 922(g)(1),
924(a)(8)
Felon in Possession of
Ammunition
(Count 4)

21 U.S.C. § 844(a)
Possession of Fentanyl
(Count 5)

21 U.S.C. § 853,
18 U.S.C. § 924(d)(1),
28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

On or about September 4, 2024, in the Eastern District of Washington, the Defendant, VICTOR JOHN STEVENSON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm and ammunition, to wit:

- a Ruger Model LCP .380 Auto caliber pistol, bearing serial number 371963297; and
- PMC .380 Auto caliber ammunition,

which firearm and ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

//

SUPERSEDING INDICTMENT – 2

## COUNT 2

On or about September 26, 2024, in the Eastern District of Washington, the Defendant, VICTOR JOHN STEVENSON, knowingly possessed with the intent to distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## COUNT 3

On or about September 26, 2024, in the Eastern District of Washington, the Defendant, VICTOR JOHN STEVENSON, did knowingly possess a firearm, that is, a Polymer80 Model PF940C 9mm caliber pistol, with no serial number on the frame, but bearing serial number BEHW310 on the slide, in furtherance of a drug trafficking crime for which the Defendant may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, as charged in Count 2, in violation of 21 U.S.C. § 841(a)(1), all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 4

On or about September 26, 2024, in the Eastern District of Washington, the Defendant, VICTOR JOHN STEVENSON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit: Winchester 9mm caliber ammunition and Speer 9mm caliber ammunition, which

SUPERSEDING INDICTMENT – 3

had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

COUNT 5

On or about September 26, 2024, in the Eastern District of Washington, the Defendant, VICTOR JOHN STEVENSON, knowingly and intentionally possessed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, without a valid prescription or order, in violation of 21 U.S.C. § 844(a).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of the offense(s) in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of Firearm and Ammunition as set forth in Count 1 and/or Felon in Possession of Ammunition as set forth in Count 4 and/or 18 U.S.C. § 924(c)(1)(A)(i), Possession of a Firearm in Furtherance of Drug Trafficking as set forth in Count 3 of this Superseding Indictment, the Defendant, VICTOR JOHN STEVENSON, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense(s), including, but not limited to:

SUPERSEDING INDICTMENT – 4

- a Ruger Model LCP .380 Auto caliber pistol, bearing serial number 371963297 (Count 1);

- PMC .380 Auto caliber ammunition (Count 1);

- a Polymer80, Inc., PF940C, 9mm caliber pistol frame with a Glock slide that bears serial number BEHW310 and loaded Winchester and Speer 9mm caliber ammunition (Count 3);

- Winchester 9mm caliber ammunition (Count 4); and

- Speer 9mm caliber ammunition (Count 4)

Pursuant to 21 U.S.C. § 853, upon conviction of the offense(s) in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine as set forth in Count 2 and/or 21 U.S.C. § 844(a) Possession of Fentanyl as set forth in Count 5 of this Superseding Indictment, the Defendant, VICTOR JOHN STEVENSON, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).  The property to be forfeited includes, but is not limited to:

- a Polymer80, Inc., PF940C, 9mm caliber pistol frame with a Glock slide that bears serial number BEHW310 and loaded 9mm Winchester and Speer ammunition.

//

SUPERSEDING INDICTMENT – 5

If any forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 23rd day of July 2025.

A TRUE BILL

███████████████████████

Stephanie Van Marter
Acting United States Attorney

Nowles H. Heinrich
Assistant United States Attorney

SUPERSEDING INDICTMENT – 6